IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| UNITED STATES OF AMERICA, | CR 05–29–H–DWM–1 |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| LARRY FRED GALLEGOS, | |
| Defendant. | |

Defendant Larry Fred Gallegos's Motion for Early Termination of Supervision is now before the Court. (Doc. 120.) Having considered the factors in 18 U.S.C. § 3553(a), the conduct of Defendant, and the parties' arguments, the Court is not satisfied that early termination is warranted by "the interest of justice." 18 U.S.C. § 3583(e)(1). "Mere compliance with the terms of supervised release is what is expected, and without more, is insufficient to justify early termination." *United States v. Grossi*, 2011 WL 704364, *2 (N.D. Cal. 2011).

Accordingly, IT IS ORDERED that Defendant's motion (Doc. 120) is DENIED.

DATED this __7TH__ day of April, 2020.

_____
Donald W. Molloy, District Judge
United States District Court